UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| EVERETT M. SNELL,<br><br>    Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY BOARD OF SUPERVISORS, et al.,<br><br>    Defendants. | CV 08-5614-GHK (SH)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

     IT IS ORDERED that a Judgment be issued dismissing the action without leave to amend as to the County of Los Angeles and Leslie Birkhead, R.N. and the

1 | Complaint is dismissed as to the remaining defendants.
2 |     Each party to bear its own costs.
3 |     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
4 | this Order and the Judgment of this date on the Plaintiff and counsel for
5 | Defendants.
6 | DATED: 7/30/09

                GEORGE H. KING
             UNITED STATES DISTRICT JUDGE