UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| EVERETT M. SNELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY BOARD<br>OF SUPERVISORS, et al.,<br><br>　　　　Defendants. | ) CV 08-5614-GHK (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

///

///

///

IT IS ADJUDGED that the action is dismissed without leave to amend as to the County of Los Angeles and Leslie Birkhead, R.N. and the Complaint is dismissed as to the remaining defendants.

DATED: 7/30/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE